| | | | |
|---|---|---|---|
| In Re: P'ship Health Plan, Inc. v. Office of the Comm'r of Ins.† | 2015AP001331 | 12–22–2016 | Affirmed |
| State v. Hayes† | 2015AP001357 CR | 12–06–2016 | Affirmed |
| State ex rel. Kieson v. Pollard | 2015AP001534 | 12–22–2016 | Reversed and remanded |
| Nationstar Mortg. LLC v. Stafsholt | 2015AP001586 | 12–28–2016 | Affirmed/ reversed/ remanded |
| Marjala v. Fox News Network LLC | 2015AP001831 | 12–20–2016 | Affirmed |
| State v. David C. Taylor† | 2015AP001931 CR through 2015AP001933 CR | 12–06–2016 | Affirmed |
| DJK 59 LLC v. City of Milwaukee† | 2015AP002046 | 11–22–2016 | Affirmed/ reversed/ remanded |
| State v. Adams† | 2015AP002163 CR | 12–28–2016 | Affirmed |
| E. C. v. Krueger† | 2015AP002196 | 12–13–2016 | Affirmed |
| State v. Candler† | 2015AP002212 CR | 12–14–2016 | Affirmed |
| City of Milwaukee v. Marson | 2015AP002243 | 12–28–2016 | Affirmed |
| State v. Boyd† | 2015AP002270 CR | 12–15–2016 | Affirmed |
| Chell v. Chell | 2015AP002284 | 12–06–2016 | Affirmed |
| Lang v. Lions Club of Cudahy Wisconsin, Inc. | 2015AP002354 | 12–28–2016 | Reversed and remanded |
| State v. Thomas† | 2015AP002363 CR | 12–15–2016 | Affirmed |
| State v. Hendricks† | 2015AP002429 CR | 12–15–2016 | Affirmed |
| State v. Ortiz† | 2015AP002569 CR | 12–13–2016 | Affirmed |

† Petition to review filed.